11608131

AO 442 (Rev. 11/11)⁵ Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

RECEIVED

2023 OCT 25 P 5:08

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:23-CR-170 |
| ANDREW DAVID KRUEGER | ) | |
| | ) | **Under Seal** |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ANDREW DAVID KRUEGER _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography in violation of Title18, United States Code, Sections 2252(a)(2) and(b)(1), possession of child pornography, in violation of Title 18, United States Code, sections 2252(a)(4)(B) and (b)(2), and possession of child pornography in violation of Title 18, United States Code, sections 2252(a)(4)(B) and (b)(2)

Date:   10/24/23

Issuing officer's signature

City and state:    Alexandria, Virginia

J. Lanham , Deputy Clerk
Printed name and title

---

### Return

This warrant was received on *(date)*  10/24/2023  , and the person was arrested on *(date)*  10/25/2023
at *(city and state)*  Warrenton, VA .

Date: 10/25/2023

Arresting officer's signature

Brandy Oliva, HSI SA
Printed name and title